UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| VS. | : | ORDER |
| ALKHIDER TULU | : | |
| Defendant | : | CR. NO. 3:05-840-01(FLW) |
| | : | |

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is on this   13th   day of   April, 2016,

ORDERED that   Alison Brill, AFPD   from the Office of the Federal Public Defender for the District of New Jersey is  hereby appointed to represent said defendant in this cause until further order of the Court.

*Freda L. Wolfson*

_____
FREDA L. WOLFSON
UNITED STATES DISTRICT JUDGE

cc: Federal Public Defender