UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Honorable Freda L. Wolfson |
| v. | Cr. No. 05-840 |
| ALKHIDER TULU | **DETENTION ORDER** |

This matter having been opened to the Court on motion of the United States, by Paul J. Fishman, United States Attorney for the District of New Jersey (Fabiana Pierre-Louis, Assistant United States Attorney, appearing), in the presence of Alison Brill, Assistant Federal Public Defender, attorney for defendant Alkhider Tulu, for an order pursuant to Title 18, United States Code, Section 3142(e) to detain defendant without bail pending the hearing on his violation of supervised release in the above-entitled matter, and defendant having consented to detention without bail pending the hearing on his violation of supervised release in this matter:

IT IS, therefore, on this __13th__ day of April 2016,

ORDERED, pursuant to Title 18, United States Code, Section 3142, that defendant Tulu be committed to the custody of the Attorney General or his authorized representative pending the hearing on his violation of supervised release in the above-entitled matter; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that defendant Tulu be afforded reasonable opportunity for private consultations with counsel; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that, upon order of this or any other court of the United States of competent jurisdiction or on request of an attorney for the United States, defendant Tulu shall be delivered to a United States Marshal for the purpose of

appearances in connection with court proceedings; and it is further

ORDERED that the motion of the United States for an order detaining defendant Tulu without bail pending the hearing on his violation of supervised release is hereby granted, and defendant Tulu is hereby ordered detained pending the hearing on his violation of supervised release in the above-entitled matter.

HONORABLE FREDA L. WOLFSON
United States District Judge